■ In the Matter of LIJYASU M. KANDEKORE, a Disbarred Attorney. [780 NYS2d 734]—Reinstatement denied. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Sullivan and Marlow, JJ.